UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Antonio Maurice Rouse　　　　　　　　　　　　　　　Docket No. 4:09-CR-21-1FL

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Maurice Rouse, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 9, 2010, to the custody of the Bureau of Prisons for a term of 124 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Antonio Maurice Rouse was released from custody on December 21, 2016, at which time the term of supervised release commenced. On September 15, 2017, a Violation Report was filed with the court advising the defendant had contact with law enforcement on September 9, 2017, regarding the suspected use of alcohol; however, Rouse failed to report the law enforcement contact to the probation officer within 72 hours. The court agreed with the probation officer's recommendation to continue supervision.

On February 5, 2019, a Petition for Action on Supervised Release was filed with the court advising the defendant was charged in Greene County, North Carolina, with Driving While License Revoked and Speeding (19CR001) on January 1, 2019. Rouse failed to report these charges to the probation officer within 72 hours. Additionally, on January 15, 2019, the defendant was charged in Greene County with Driving While License Revoked and Speeding (19CR041). On February 7, 2019, the court agreed with the probation officer's recommendation for Rouse to complete 60 days of Location Monitoring with curfew.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 22, 2019, the defendant was charged in Lenoir County, North Carolina, with Driving While License Revoked, Fictious/Altered Title/Registration Card/Tag (19CR701467), Expired Registration Card/Tag, and Expired/No Inspection (19CR701468), which occurred on the same day. The charges are pending disposition. Rouse reported these charges to the probation officer in a timely manner and apologized for his conduct. The defendant has been verbally reprimanded and warned of the possible consequences of continued driving without a valid license. As a sanction for this violation conduct, completion of 30 days of Location Monitoring with curfew is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Antonio Maurice Rouse
Docket No. 4:09-CR-21-1FL
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: April 11, 2019

**ORDER OF THE COURT**

Considered and ordered this 12th day of April, 2019, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge